IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LUZ PEREZ, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| vs. § | CASE NO.: 3:20-CV-00049-KC |
| § | |
| AMERICAN MEDICAL SYSTEMS, INC., § | |
| § | |
| Defendant. § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs in the above-captioned case and defendant American Medical Systems, Inc. ("AMS") jointly stipulate that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be voluntarily dismissed without prejudice and terminated from the docket, parties to bear their own costs.

Dated: August 14, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Jason Murphy* | */s/ Christina M. Vitale* |
| Jason Murphy (admitted *pro hac vice*) | Christina M. Vitale (TX Bar #24077610) |
| Washington State Bar, No. 50605 | **REED SMITH LLP** |
| **Driggs, Bills & Day, PLLC** | 811 Main Street, Suite 1700 |
| 2125 Western Avenue, Suite 500 | Houston, Texas 77002-6110 |
| Seattle, WA 98121 | Telephone: (713) 469-3673 |
| P: (206) 607-9098; | Facsimile:  (713) 469-3899 |
| F: (206)641-3214 | cvitale@reedsmith.com |
| JMurphy@advocates.com | |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of August, 2020, a true and correct copy of the foregoing document was caused to be delivered to all counsel of record set to receive notice in this matter through CM/ECF.

*/s/ Christina M. Vitale*
