# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **LUZ PEREZ and DARIO PEREZ,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | EP-20-CV-49-KC |
| § | |
| **AMERICAN MEDICAL SYSTEMS,** § | |
| **INC.,** § | |
| § | |
| Defendant. § | |

## ORDER

On this day, the Court considered the parties' Stipulation of Dismissal Without Prejudice, ECF No. 72. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Stipulation, it is hereby **ORDERED** that all claims in this case are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that all costs shall be borne by the party incurring the same.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED this 17th day of August, 2020.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

1